# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2124 Disciplinary Docket No. 3 |
| | : | |
| EDWARD T. FEIERSTEIN | : | Board File No. C1-12-49 |
| | : | |
| | : | (Court of Common Pleas of Montgomery |
| | : | County, No. CP-46-CR-0001241-2012) |
| | : | |
| | : | Attorney Registration No. 2570 |
| | : | (Philadelphia) |

# O R D E R

**PER CURIAM:**

AND NOW, this 19th day of February, 2015, a Rule having been entered by this Court on January 14, 2015, pursuant to Pa.R.D.E. 214(d)(1), directing Edward T. Feierstein to show cause why he should not be placed on temporary suspension, and no response having been filed, it is

ORDERED that the Rule is made absolute and Edward T. Feierstein is placed on temporary suspension pursuant to Pa.R.D.E. 214(d)(2) and he shall comply with all the provisions of Pa.R.D.E. 217.